JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MANUEL Q. JUAREZ,
Plaintiff,
v.
SHAKLEE CORPORATION,
Defendant.

Case No. 2:26-cv-04449-FLA (DMKx)

**ORDER DISMISSING ACTION [DKT. 13]**

On July 27, 2026, Plaintiff Manuel Q. Juarez filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 13. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: July 28, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge